**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 18- 10544 -TPA |
| | : | (Chapter 13) |
| **MATTHEW H. WRIGHT** | : | Judge Thomas P. Agresti |
| **SUSAN T. WRIGHT** | : | |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| | : | |
| **MATTHEW H. WRIGHT** | : | Related to Document No. |
| **SUSAN T. WRIGHT** | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **NO RESPONDENT** | : | |
| | : | |
| | : | |
| Respondent. | : | |
| | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, MICHAEL J. GRAML, ESQ., counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Respectfully submitted,

Dated: July 15, 2018              /s/ MICHAEL J. GRAML
                                  MICHAEL J. GRAML, ESQ.
                                  Attorney for Debtor
                                  714 Sassafras Street
                                  Erie, PA 16501
                                  (814) 459-8288
                                  PA I.D. No. 50220
                                  mattorney@neo.rr.com

```
Attn: Bankruptcy Dept.
AES/PHEAA
P.O. Box 8147
Harrisburg, PA 17105

Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502
```