IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-__10544__-TPA |
| | : | (Chapter 13) |
| MATTHEW H. WRIGHT | : | Judge Thomas P. Agresti |
| SUSAN T. WRIGHT | : | |
| | : | |
| Debtors. | : | |
| | : | |
| MATTHEW H. WRIGHT | : | Document No. |
| | : | |
| | : | |
| Movant, | : | Related to Document No. |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)
AND W.PA. LBR 1007.4**

I, MATTHEW H. WRIGHT, states as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within sixty (60) days before the date of filing of the petition from any employer due to one of the following:

__X__ (a) I was not employed during the period immediately preceding the filing of the above-referenced case;

_____ (b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer with sixty (60) days before the date of the filing of the petition;

_____ (c) I am self-employed and do not receive any evidence of payment;

_____ (d) Other (Please explain, i.e., retired, etc.)_____
_____
_____.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.


Dated:   July 15, 2018                    /s/ MATTHEW H. WRIGHT
                                         MATTHEW H. WRIGHT