**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18- 10544 -TPA |
| | : | (Chapter 13) |
| MATTHEW H. WRIGHT | : | Judge Thomas P. Agresti |
| SUSAN T. WRIGHT | : | |
| | : | |
| Debtors. | : | |
| | : | |
| SUSAN T. WRIGHT | : | Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| RONDA J. WINNECOUR, ESQ., | : | |
| Standing Chapter 13 Trustee and | : | |
| BETTER BAKED FOODS, INC. | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 16, 2018.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

Better Baked Foods, Inc.
Attn: Payroll Dept.
56 Smedley Street
North East, PA 16428

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  July 16, 2018                    /s/ MICHAEL J. GRAML
                                        MICHAEL J. GRAML, ESQ.
                                        Attorney for Debtors/Movant
                                        714 Sassafras Street
                                        Erie, PA 16501
                                        (814) 459-8288
                                        PA I.D. No. 50220
                                        mattorney@neo.rr.com