| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matthew H. Wright** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–0822 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Susan T. Wright** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–3231 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13 | 5/31/18 |
| Case number: | 18–10544–TPA | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Matthew H. Wright | Susan T. Wright |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9890 German Road <br> North East, PA 16428–5802 | 9890 German Road <br> North East, PA 16428–5802 |
| 4. | **Debtor's attorney** <br> Name and address | Michael J. Graml <br> 714 Sassafras Street <br> Erie, PA 16501 | Contact phone 814–459–8288 <br><br> Email:  mattorney@neo.rr.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 814–464–9740 <br><br> Date: 7/16/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 14, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/15/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/9/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/27/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/14/18** at **02:00 PM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 18-10544-TPA
Matthew H. Wright                                                  Chapter 13
Susan T. Wright
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy                  Page 1 of 2                  Date Rcvd: Jul 16, 2018
                              Form ID: 309I               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb         Matthew H. Wright,    Susan T. Wright,    9890 German Road,    North East, PA 16428-5802
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14856541      +AmeriHome Mortgage Company, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,
                Trenton, NJ 08618-1430
14881301      +Attn: Bankruptcy Dept.,    AES/PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
14856540       Attn: Bankruptcy Dept.,    AES/PHEAA,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14856549       Attn: Bankruptcy Dept.,    Synchrony Bank/Sam's Club,    P.O. Box 965060,
                Orlando, FL 32896-5060
14856542      +Diversified Adjustment,    Service, Inc.,    P.O. Box 32145,    Minneapolis, MN 55432-0145
14856543      +KML Law Group, P.C.,    Mellon Independence Center,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14864154      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14856547      +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14856548      +State Collection Service, Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14856551       Windstream Communications Inc.,    P.O. Box 9001908,    Louisville, KY 40290-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: mattorney@neo.rr.com Jul 17 2018 02:11:12     Michael J. Graml,
                714 Sassafras Street,    Erie, PA 16501
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2018 02:11:53     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 17 2018 02:11:57
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
14856544      +EDI: RESURGENT.COM Jul 17 2018 05:58:00      LVNV Funding, LLC,    P.O. Box 10497,
                Greenville, SC 29603-0497
14856545      +E-mail/Text: Bankruptcy@natfuel.com Jul 17 2018 02:11:58     National Fuel Gas,
                1100 State Street,    P.O. Box 2081,    Erie, PA 16512-2081
14856546       EDI: PRA.COM Jul 17 2018 05:48:00      Portfolio Recovery Associates, LLC,
                120 Corporate Boulevard,    Norfolk, VA 23502
14880583       EDI: PRA.COM Jul 17 2018 05:48:00      Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
14858072      +EDI: PRA.COM Jul 17 2018 05:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14856550      +E-mail/Text: collections@widgetfinancial.com Jul 17 2018 02:11:58     Widget Financial,
                2154 East Lake Road,    Erie, PA 16511-1140
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Cenlar FSB as servicer for AmeriHome Mortgage Comp
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14881302*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,     120 Corporate Boulevard,
                Norfolk, VA 23502)
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1            User: culy                Page 2 of 2              Date Rcvd: Jul 16, 2018
                                Form ID: 309I             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for AmeriHome Mortgage Company,
           LLC bkgroup@kmllawgroup.com
          Michael J. Graml    on behalf of Joint Debtor Susan T. Wright mattorney@neo.rr.com,
           mjgraml@verizon.net
          Michael J. Graml    on behalf of Debtor Matthew H. Wright mattorney@neo.rr.com,
           mjgraml@verizon.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```