FILED
7/16/18 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-<u>10544</u>-TPA |
| | : | (Chapter 13) |
| MATTHEW H. WRIGHT | : | Judge Thomas P. Agresti |
| SUSAN T. WRIGHT | : | |
| 9890 German Road | : | |
| North East, PA 16428-5802 | : | |
| SSN (H) XXX-XX-0822 (W) XXX-XX-3231 | : | Date: July 13, 2018 |
| | : | |
| Debtors. | : | |
| | : | MOTION NO. <u>WO-2</u> |
| SUSAN T. WRIGHT | : | |
| | : | |
| Movant, | : | Related to Document No. 18 |
| vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| Standing Chapter 13 Trustee and | : | |
| BETTER BAKED FOODS, INC. | : | |
| | : | |
| Respondents. | : | |

## ORDER TO PAY TRUSTEE

The above-named Debtor having filed a Chapter 13 petition

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**Better Baked Foods, Inc.**
**Attn: Payroll Department**
**56 Smedley Street**
**North East, PA 16428**

deduct from said income the sum of $501.92 (WEEKLY) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR, ESQ.**
**Chapter 13 Trustee, W.D. PA**
**P.O. Box 84051**
**Chicago, IL 60689-4002**

IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF ANY GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSES NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS ORDERED BY ANY OTHER COURT.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the entity from whom the debtor receives income shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

Dated this <u>16th</u> day of <u>July</u>, 2018.

*/s/ Thomas P. Agresti*
Thomas P. Agresti
United States Bankruptcy Judge

jlm

cc: Michael J. Graml, Esq.
    Debtors.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-10544-TPA
Matthew H. Wright                                                     Chapter 13
Susan T. Wright
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1           Date Rcvd: Jul 16, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2018.
db/jdb        Matthew H. Wright,    Susan T. Wright,    9890 German Road,    North East, PA    16428-5802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company,
               LLC bkgroup@kmllawgroup.com
              Michael J. Graml    on behalf of Joint Debtor Susan T. Wright mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael J. Graml    on behalf of Debtor Matthew H. Wright mattorney@neo.rr.com,
               mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5