```
                   IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 :    Case No. 18- 10544 -TPA
                                       :         (Chapter 13)
    MATTHEW H. WRIGHT                  :    Judge Thomas P. Agresti
    SUSAN T. WRIGHT                    :
                                       :
         Debtors.                      :
                                       :
SUSAN T. WRIGHT                        :    Document No.
                                       :
                                       :
         Movant,                       :
                                       :    Related to Document No.
RONDA J. WINNECOUR, ESQ.,              :
Standing Chapter 13 Trustee and        :
BETTER BAKED FOODS, INC.               :
                                       :
                                       :
         Respondents.                  :
                                       :
```

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **January 11, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

| **ELECTRONIC NOTIFICATION:** | **FIRST CLASS MAIL:** |
|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov | Better Baked Foods, Inc.<br>Attn: Payroll Dept.<br>56 Smedley Street<br>North East, PA 16428 |
| Ronda J. Winnecour, Esq.<br>Office of the Chapter 13 Trustee<br>USX Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | |

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  January 11, 2019                    /s/ MICHAEL J. GRAML  
                                              MICHAEL J. GRAML, ESQ.  
                                              Attorney for Debtors/Movant  
                                              714 Sassafras Street  
                                              Erie, PA 16501  
                                              (814) 459-8288  
                                              PA I.D. No. 50220  
                                              mattorney@neo.rr.com