**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Matthew H. Wright**
**Susan T. Wright**
    Debtor(s)

Bankruptcy Case No.: 18–10544–TPA
Per January 8, 2019 Proceeding
Chapter: 13
Docket No.: 40 – 26, 32
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)  PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 15, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $2,316.00 as of January 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: AmeriHome Mortgage Company, LLC (Claim No. 6) .

☑ H.    Additional Terms: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan interest in monthly amount to be determined by Trustee: Widget Federal Credit Union (Claim No. 4).

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    *IT IS FURTHER ORDERED THAT:***


**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: January 10, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-10544-TPA
Matthew H. Wright                                                         Chapter 13
Susan T. Wright
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 2            Date Rcvd: Jan 10, 2019
                            Form ID: 149             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
```
db/jdb       Matthew H. Wright,   Susan T. Wright,   9890 German Road,   North East, PA 16428-5802
14890702    +AmeriHome Mortgage Company, LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
14856541    +AmeriHome Mortgage Company, LLC,   c/o Cenlar FSB,   425 Phillips Blvd.,
             Trenton, NJ 08618-1430
14921506    +AmeriHome Mortgage Company, LLC,   c/o Midland Mortgage,   999 NW Grand Boulevard, #110,
             Oklahoma City, OK 73118-6051
14856549     Attn: Bankruptcy Dept.,   Synchrony Bank/Sam's Club,   P.O. Box 965060,
             Orlando, FL 32896-5060
14881301    +Attn: Bankruptcy Dept.,   AES/PHEAA,   P.O. Box 8147,   Harrisburg, PA 17105-8147
14856540     Attn: Bankruptcy Dept.,   AES/PHEAA,   P.O. Box 2461,   Harrisburg, PA 17105-2461
14856542    +Diversified Adjustment,   Service, Inc.,   P.O. Box 32145,   Minneapolis, MN 55432-0145
14856543    +KML Law Group, P.C.,   Mellon Independence Center,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
14864154    +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
14856547    +Saint Vincent Health Center,   232 West 25th Street,   Erie, PA 16544-0001
14856548    +State Collection Service, Inc.,   2509 S. Stoughton Road,   Madison, WI 53716-3314
14856551     Windstream Communications Inc.,   P.O. Box 9001908,   Louisville, KY 40290-1908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14856544    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2019 02:48:33    LVNV Funding, LLC,
             P.O. Box 10497,   Greenville, SC 29603-0497
14856545    +E-mail/Text: Bankruptcy@natfuel.com Jan 11 2019 02:47:07    National Fuel Gas,
             1100 State Street,   P.O. Box 2081,   Erie, PA 16512-2081
14856546     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2019 02:49:00
             Portfolio Recovery Associates, LLC,   120 Corporate Boulevard,   Norfolk, VA 23502
14880583     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2019 03:00:27
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14858072    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2019 03:00:02
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14883325    +E-mail/Text: collections@widgetfinancial.com Jan 11 2019 02:47:06
             Widget Federal Credit Union,   2154 E Lake Rd,   Erie, PA 16511-1140
14856550    +E-mail/Text: collections@widgetfinancial.com Jan 11 2019 02:47:06    Widget Financial,
             2154 East Lake Road,   Erie, PA 16511-1140
                                                                                    TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Cenlar FSB as servicer for AmeriHome Mortgage Comp
cr           MIDLAND MORTGAGE as servicer for AmeriHome Mortgag
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14881302*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   120 Corporate Boulevard,
             Norfolk, VA 23502)
                                                                         TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1           User: jmar              Page 2 of 2          Date Rcvd: Jan 10, 2019
                               Form ID: 149            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   MIDLAND MORTGAGE as servicer for AmeriHome Mortgage
              Company, LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for AmeriHome Mortgage Company,
              LLC bkgroup@kmllawgroup.com
              Michael J. Graml    on behalf of Joint Debtor Susan T. Wright mattorney@neo.rr.com,
              mjgraml@verizon.net
              Michael J. Graml    on behalf of Debtor Matthew H. Wright mattorney@neo.rr.com,
              mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 6