IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18- 10544 -TPA |
| | : | (Chapter 13) |
| MATTHEW H. WRIGHT | : | Judge Thomas P. Agresti |
| SUSAN T. WRIGHT | : | |
| | : | |
| Debtors. | : | |
| | : | |
| SUSAN T. WRIGHT | : | Document No. |
| | : | |
| | : | |
| Movant, | : | |
| | : | Related to Document No. |
| RONDA J. WINNECOUR, ESQ., | : | |
| Standing Chapter 13 Trustee and | : | |
| SFC GLOBAL SUPPLY CHAIN, INC. | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **February 11, 2019.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION:**    **FIRST CLASS MAIL:**

Office of the U.S. Trustee          SFC Global Supply Chain, Inc.
Liberty Center, Suite 970           Attn: Payroll Department
1001 Liberty Avenue                 P.O. Box 145
Pittsburgh, PA 15222                Marshall, MN 56258
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

      If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  February 11, 2019                /s/ MICHAEL J. GRAML
                                            MICHAEL J. GRAML, ESQ.
                                            Attorney for Debtors/Movant
                                            714 Sassafras Street
                                            Erie, PA 16501
                                            (814) 459-8288
                                            PA I.D. No. 50220
                                            mattorney@neo.rr.com