**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18- 10544 -TPA |
| | : | (Chapter 13) |
| MATTHEW H. WRIGHT | : | Judge Thomas P. Agresti |
| SUSAN T. WRIGHT | : | |
| | : | |
| Debtors. | : | |
| | : | |
| MATTHEW H. WRIGHT | : | Document No. |
| SUSAN T. WRIGHT | : | |
| | : | |
| Movants, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| AMERIHOME MORTGAGE COMPANY, LLC | : | |
| c/o Midland Mortgage | : | |
| | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF OBJECTION TO NOTICE OF MORTGAGE PAYMENT**
**CHANGE OF AMERIHOME MORTGAGE COMPANY, LLC**
**AND NOTICE OF HEARING**

    I certify under penalty of perjury that I served the above captioned pleading, proposed Order of Court and Notice of Hearing on the parties at the addresses specified below or on the attached list on **August 14, 2020.**

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

**FIRST CLASS MAIL:**

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Bryan S. Fairman
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

**ELECTRONIC NOTIFICATION**:

James C. Warmbrodt, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
jwarmbrodt@kmllawgroup.com

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  August 14, 2020                  /s/ MICHAEL J. GRAML
                                          MICHAEL J. GRAML, ESQ.
                                          Attorney for Debtors/Movants
                                          714 Sassafras Street
                                          Erie, PA 16501
                                          (814) 459-8288
                                          PA I.D. No. 50220
                                          mjgraml@neo.rr.com