FILED
10/15/20 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-10544-TPA |
| | : | | |
| Matthew H. Wright | : | Chapter: | 13 |
| Susan T. Wright | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/14/2020 |
| | : | Time: | 10:30 |

**PROCEEDING MEMO**

*MATTER*      #54 Objection to the Notice of Mortgage Payment Change
              #57 Resp. by Midland Mortgage

*APPEARANCES:*
    Debtor:            Michael J. Graml
    Trustee:           Ronda Winnecour
    Midland Mortgage:  Brian Nicholas

**NOTES:**

Graml:   Mortgage company changed payment to $1531.98 on 9/19 but no notice given but was assessed. $1542.05 on new notice. $1517.44 was being paid.

Nicholas:   Agree (11:14) Credit to borrower on 9/4.

*OUTCOME:*   On or before 2 weeks Consent Order to be filed. If not filed, in-person hearing to be scheduled.
Midland Mortgage is to change payment history to reflect the agreement re payments. Chambers to issue Order.

*/s/ Ronda Winnecour*
asg