FILED
10/15/20 5:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MATTHEW H. WRIGHT and | : | Case No. 18-10544-TPA |
| SUSAN T. WRIGHT, | : | Chapter 13 |
| *Debtor.* | : | |
| MATTHEW H. WRIGHT and SUSAN T. WRIGHT, | : | Related to Doc. Nos. 54, 57 |
| *Movant,* | : | |
| v. | : | |
| AMERIHOME MORTGAGE COMPANY, LLC, C/O MIDLAND MORTGAGE, | : | |
| *Respondents.* | : | |

## ORDER

On October 14, 2020, a hearing was held on the Debtor's ***Objection to Notice of Mortgage Payment Change of Amerihome Mortgage Company, LLC*** filed on August 10, 2020 (Doc. 54) and ***Midfirst Bank's Response to Debtors' Objection to Notice of Mortgage Payment Change*** filed on September 15, 2020 (Doc. 57). At the hearing, Counsel for the Debtor voiced his concern that the mortgage payment was changed to $1,531.98 on September 1, 2019, but the lender failed to file a notice of that payment change at that time. The Court agrees with the accounting concerns of the Debtor and will direct the Parties to further resolve the matter. Therefore,

*AND NOW*, this **15th** day of ***October***, it is hereby **ORDERED, ADJUDGED** and **DECREED** that ***on or before October 29, 2020,*** the Parties shall file a ***consent order*** which provides for an updated loan payment history with the corrected monthly payment. If a resolution is not reached by the October 29th deadline, the Principals of Amerihome Mortgage Company, LLC c/o Midland Mortgage will be directed to personally appear in the Erie, PA Bankruptcy Courtroom for a further in-person hearing at a time to be set by the Court to explain their failure to timely comply with this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case administrator to serve:
    Michael Graml, Esq.    Debtor
    Brian Nicholas, Esq.    Ronda Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Matthew H. Wright  
Susan T. Wright  
    Debtor(s)

Case No. 18-10544-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2  
Date Rcvd: Oct 15, 2020     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Matthew H. Wright, Susan T. Wright, 9890 German Road, North East, PA 16428-5802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | * | Susan T. Wright, 9890 German Road, North East, PA 16428-5802 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDLAND MORTGAGE as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for AmeriHome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Michael J. Graml | on behalf of Joint Debtor Susan T. Wright mattorney@neo.rr.com mjgraml@verizon.net |
| Michael J. Graml | on behalf of Debtor Matthew H. Wright mattorney@neo.rr.com mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1     User: jmar     Page 2 of 2
Date Rcvd: Oct 15, 2020     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6