**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18- 10544 -JAD |
| | : | (Chapter 13) |
| **MATTHEW H. WRIGHT** | : | Judge Jeffery A. Deller |
| **SUSAN T. WRIGHT** | : | |
| | : | |
| Debtors. | : | |
| | : | |
| **MATTHEW H. WRIGHT** | : | Document No. |
| **SUSAN T. WRIGHT** | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | Related to Document No. |
| **RONDA J. WINNECOUR, ESQ.,** | : | |
| **Standing Chapter 13 Trustee and** | : | |
| **SFC GLOBAL SUPPLY CHAIN, INC.** | : | |
| | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **June 29, 2023.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION**:

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

SFC Global Supply Chain, Inc.
Attn: Payroll Department
P.O. Box 145
Marshall, MN 56258

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

June 29, 2023              /s/ MICHAEL J. GRAML
                           MICHAEL J. GRAML, ESQ.
                           Attorney for Debtors/Movants
                           714 Sassafras Street
                           Erie, PA 16501
                           (814) 459-8288
                           PA I.D. No. 50220
                           mattorney@neo.rr.com