**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW H. WRIGHT<br>SUSAN T. WRIGHT<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-10544 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/31/2018 and confirmed on 08/15/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 130,520.31 |
| Less Refunds to Debtor | | 1,068.92 | |
| TOTAL AMOUNT OF PLAN FUND | | | 129,451.39 |
| | | | |
| Administrative Fees | | | |
|     Filing Fee | | 0.00 | |
|     Notice Fee | | 0.00 | |
|     Attorney Fee | | 4,000.00 | |
|     Trustee Fee | | 5,923.60 | |
|     Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 9,923.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|     AMERIHOME MORTGAGE CO LLC | 0.00 | 95,099.92 | 0.00 | 95,099.92 |
|         Acct: 6268 | | | | |
|     AMERIHOME MORTGAGE CO LLC | 26,175.29 | 22,022.38 | 0.00 | 22,022.38 |
|         Acct: 6268 | | | | |
|     WIDGET FEDERAL CREDIT UNION D/B/A W | 2,283.45 | 2,283.45 | 122.04 | 2,405.49 |
|         Acct: XXXXXXXX0002 | | | | |
| | | | | 119,527.79 |
| **Priority** | | | | |
|     MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MATTHEW H. WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MATTHEW H. WRIGHT | 1,068.92 | 1,068.92 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MICHAEL J GRAML ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|         Acct: | | | | |

***NONE***

| 18-10544 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| ECMC(*) | 6,717.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0822 | | | | |
| NATIONAL FUEL GAS DISTRIBUTION COR | 92.78 | 0.00 | 0.00 | 0.00 |
| Acct: 0907 | | | | |
| ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0208 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4843 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,362.19 | 0.00 | 0.00 | 0.00 |
| Acct: 6588 | | | | |
| WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| WIDGET FEDERAL CREDIT UNION D/B/A W | 389.19 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| WINDSTREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6588 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIVERSIFIED ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 119,527.79 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 28,458.74 |
| UNSECURED | 8.561.16 |

Date: 08/02/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com